# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No.: 1:16-CV-01625-LJO-EPG |
| Plaintiff, | |
| vs. | **ORDER RE: CONSENT DECREE FOR SETTLEMENT OF PLAINTIFF'S INJUNCTIVE RELIEF CLAIMS ONLY** |
| CITY OF FRESNO, *et al.*, | |
| Defendants. | |

# **ORDER ON CONSENT DECREE**

Pursuant to the concurrently-filed Consent Decree for Settlement of Plaintiff's Injunctive Relief Claims Only, and for good cause shown, Defendant is ordered to perform the remedial measures in accordance with the Consent Decree. If said remedial measures are performed and completed in accordance with the time frames set forth in the Consent Decree, which the Court finds to be a reasonable time frame in light of the circumstances, there shall be a finding that the affected facilities are in compliance with the Americans with Disabilities Act and the 2010 ADA Standards for Accessible Design. Therefore, Court makes the following orders:

1. The concurrently-filed Consent Decree is hereby ordered.
2. The Court shall retain jurisdiction over this action to enforce provisions of the Consent Decree and Order.

IT IS SO ORDERED.

Dated: __June 12, 2017__     _____/s/ Lawrence J. O'Neill_____
                                                      UNITED STATES CHIEF DISTRICT JUDGE