# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, | Case No.: 1:16-CV-01625-LJO-EPG |
| Plaintiff, | *Hon. Lawrence J. O'Neill* |
| vs. | **ORDER RE JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE AND JOINT REQUEST FOR RETENTION OF JURISDICTION** |
| CITY OF FRESNO, *et al.*, | |
| Defendants. | Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Having considered the Parties' Joint Stipulation to Dismiss the Action With Prejudice and Request for Retention of Jurisdiction, and good cause appearing therefore, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice and this Court shall retain jurisdiction over this action for the limited purpose of enforcing the terms of the previously-entered Consent Decree for Injunctive Relief [Doc 15] and the Plaintiff's settlement agreement with Defendant City of Fresno.

IT IS SO ORDERED.

Dated: **July 10, 2017**       **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES CHIEF DISTRICT JUDGE